B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–11814**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kenneth Gonzalez | Melissa Gonzalez |
| 9021 Sheridan Avenue | 9021 Sheridan Avenue |
| Brookfield, IL 60513 | Brookfield, IL 60513 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–4080                          xxx–xx–3366

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>July 16, 2013</u>                      <u>Kenneth S. Gardner, Clerk</u>
                                                           United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-11814-CAD
Kenneth Gonzalez                                                    Chapter 7
Melissa Gonzalez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: mrahmoun            Page 1 of 3           Date Rcvd: Jul 16, 2013
                             Form ID: b18              Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2013.
```
db/jdb     +Kenneth Gonzalez,   Melissa Gonzalez,   9021 Sheridan Avenue,   Brookfield, IL 60513-1627
20220759   +ACS Recovery Services, Inc,   2828 N. Haskell,   Dallas, TX 75204-2909
20220760   +Adventist La Grange Memorial Hospital,   5101 South Willow Springs Road,
             La Grange, IL 60525-2600
20220761   +Adventist LaGrange Memorial Hospital,   75 Remittance Drive, Suite 3204,   Chicago, IL 60675-3204
20220763   +Ambulatory Surgicenter,   4333 Main Street,   #2,   Downers Grove, IL 60515-2870
20220762   +Ambulatory Surgicenter,   4333 Main Street,   Downers Grove, IL 60515-2870
20220764   +Blatt Hasenmiller F L,   125 S. Wacker Drive #400,   Chicago, IL 60606-4440
20220766    CBE Group,   131 Tower Park Drive, Suite 100,   Columbus, OH 43215
20220767   +CBNA,   399 Park Avenue,   New York, NY 10022-4614
20220772   +Creditors Collection Bureau, Inc.,   PO Box 1022,   Wixom, MI 48393-1022
20220773   +Creditors Discount Audit Co,   415 E. Main Street,   Po Box 213,   Streator, IL 61364-0213
20220774   +HLG Anesthesia Associates,   120 North Oak Street,   Hinsdale, IL 60521-3829
20220776   +Illinois Collection Service,   8231 185th Street, Suite 100,   Tinley Park, IL 60487-9356
20220777   +Illinois Collection Service Inc,   PO Box 1010,   Tinley Park, IL 60477-9110
20220778    Illinois Tollway,   270 Ogden Avenue,   Downers Grove, IL 60515
20220780   +Kleinmeyer Physical Therapy,   1416 West 55th Street,   La Grange, IL 60525-6531
20220781   +Lewis & Associates,   6428 Joliet Road,   Suite 201,   La Grange, IL 60525-4687
20220783   +Loyola University Health System,   2160 S First Avenue,   Maywood, IL 60153-3328
20220787   +Med Busi Bur (Original Creditor:Medical),   1460 Renaissance D Suite 400,
             Park Ridge, IL 60068-1349
20220788   +Medical Business Bureau,   1460 Renaissance D Suite 400,   Park Ridge, IL 60068-1349
20220789   +Merchants Credit Guide,   223 W. Jackson Boulevard,   Suite 400,   Chicago, IL 60606-6974
20220792   +Nationwide Credit & Collection,   P.O. Box 3159,   Hinsdale, IL 60522-3159
20220793   +Nationwide Credit & Collection Inc,   PO Box 3159,   Oak Brook, IL 60522-3159
20220795   +Pierce & Associates,   1 North Dearborn,   Ste 1300,   Chicago, IL 60602-4373
20220796   +The Home Depot,   Processing Center,   Des Moines, IA 50364-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20220765   +EDI: AIS.COM Jul 17 2013 00:49:00      Capital One, N.A. *,   c/o American Infosource,
             P.O Box 54529,   Oklahoma City, OK 73154-1529
20220768   +E-mail/Text: contact@csicollects.com Jul 17 2013 01:33:30      Certified Services, INC.,
             P.O. Box 177,   Waukegan, IL 60079-0177
20220769   +EDI: CHASE.COM Jul 17 2013 00:48:00      Chase *,   ATTN: Bankruptcy Department,   P.O. Box 15298,
             Wilmington, DE 19850-5298
20220770   +EDI: WFNNB.COM Jul 17 2013 00:48:00      Comenity Bank,   PO Box 182789,   Columbus, OH 43218-2789
20220771   +E-mail/Text: clerical.department@yahoo.com Jul 17 2013 01:34:19
             Creditors Collection Bureau, Inc.,   755 Almar Parkway,   Bourbonnais, IL 60914-2393
20220775   +EDI: ICSYSTEM.COM Jul 17 2013 00:49:00      I.C. System, Inc,   444 Highway 96 East,
             Saint Paul, MN 55127-2557
20220779   +EDI: CHASE.COM Jul 17 2013 00:48:00      JPMorgan Chase,   1111 Polaris Parkway,
             Columbus, OH 43240-2050
20220784   +EDI: LTDFINANCIAL.COM Jul 17 2013 00:49:00      LTD Financial Services, LP,
             7322 Southwest Freeway, Suite 1600,   Houston, TX 77074-2134
20220786   +EDI: RESURGENT.COM Jul 17 2013 00:48:00      LVNV Funding LLC,   Po Box 740281,
             Houston, TX 77274-0281
20220785   +EDI: RESURGENT.COM Jul 17 2013 00:48:00      LVNV Funding LLC,   15 South Main Street,
             Greenville, SC 29601-2743
20220782   +EDI: WFNNB.COM Jul 17 2013 00:48:00      Loft,   P.O. box 659705,   San Antonio, TX 78265-9705
20220790   +EDI: MID8.COM Jul 17 2013 00:48:00      Midland Funding,   8875 Aero Drive, Suite 200,
             San Diego, CA 92123-2255
20220794   +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 17 2013 01:39:31      NCO Financial,
             507 Prudential Road,   Horsham, PA 19044-2368
20220797   +EDI: WFFC.COM Jul 17 2013 00:48:00      Wells Fargo Auto Finance,
             AFG National Bankruptcy Department,   Po Box 7648,   Boise, ID 83707-1648
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20220791   ##+Nationwide Credit & Co,   815 Commerce Drive,   Suite 100,   Oak Brook, IL 60523-8839
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mrahmoun              Page 2 of 3                   Date Rcvd: Jul 16, 2013
                              Form ID: b18                Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2013**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: mrahmoun           Page 3 of 3          Date Rcvd: Jul 16, 2013
                              Form ID: b18             Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2013 at the address(es) listed below:

         Jessica S Naples    on behalf of Creditor    JPMorgan Chase Bank, National Association ND-Two@il.cslegal.com
         Mohammed O Badwan    on behalf of Joint Debtor Melissa  Gonzalez mbadwan@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com
         Mohammed O Badwan    on behalf of Debtor Kenneth  Gonzalez mbadwan@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com

                                                                                                                              TOTAL: 5